Commonwealth *v.* Harris and Cohn, Appellants.

Argued October 3, 1928.

Before Porter, P. J., Henderson, Trexler, Keller, Linn, Gawthrop and Cunningham, JJ.

*Herman A. Becker,* and with him *David B. Zoob,* for appellants.

*Hugh D. Scott, Jr.,* Asst. District Attorney, and with him *John Monaghan,* District Attorney, for appellee.

OPINION BY LINN, J., November 14, 1928:

It is unnecessary to set forth the reasons for which we would affirm the order appealed from (see Com. v. Meeser, 19 Pa. Superior Ct. 1), if the appeal had been taken in time. The Act of May 11, 1927, P. L. 972, provides that "No appeal shall be allowed, in any case, from a sentence or order of any court of quarter sessions or oyer and terminer, unless taken within forty-five days from the entry of the sentence or order." The order appealed from was made July 16, 1928, and the appeal was not taken until September 10, 1928.

Appeal quashed.